# United States District Court
## for the Southern District of Georgia
### Statesboro Division

| | | |
|---|---|---|
| CRIDER, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CONVENIENCE FOOD SYSTEMS, INC., d/b/a CFS NORTH AMERICA, INC., CFS BAKEL BV, and CFS HOLDING BV, successor to CFS Holding NV, | : | |
| Defendants. | : | NO. CV604-102 |

### O R D E R

Defendants have filed a motion seeking reconsideration of the Court's December 2, 2005, Order denying their motion for partial summary judgment on the issue of consequential damages.

Having read and carefully considered Defendants' motion, the Court finds no reason to disturb its previous order. Defendants' motion, as well as Plaintiff's response, provides further evidence that genuine issues exist as to whether CFS' and Crider's agreement included CFS' consequential damages

AO 72A
(Rev. 8/82)

exclusion. Thus, Defendants' motion for reconsideration (Doc. No. 102) is **DENIED**.

**SO ORDERED**, this ___14TH___ day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)