IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CRIDER, INC.,

    Plaintiff,

vs.

CONVENIENCE FOOD SYSTEMS, INC.
d/b/a CFS NORTH AMERICA, INC.;
CFS BAKEL BV, and CFS HOLDINGS
BV, successor to CFS HOLDING NV,

    Defendants.

CIVIL ACTION NO.: CV604-102

## ORDER

The captioned case is scheduled for jury selection and trial on June 20, 2006. Counsel for the parties are hereby directed to confer on or before June 16, 2006 and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 12:00 p.m. on June 16, 2006, as to any remaining objections, if any, to exhibits and deposition testimony. <u>Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.</u> **The Court strongly encourages counsel to resolve all objections based on foundation and/or authenticity.**

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 12th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)