United States District Court
for the Southern District of Georgia
Statesboro Division

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
3:00 P. M.
June 19, 2006
Deputy Clerk

| | | |
|---|---|---|
| CRIDER, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. CV604-102 |
| v. | § | |
| | § | |
| CONVENIENCE FOOD SYSTEMS, INC. d/b/a CFS NORTH AMERICA, INC., CFS BAKEL BV, AND CFS HOLDING NV, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties having filed with this Court a Notice of Dismissal, and the Court having been advised that the parties have settled all claims and have entered into a settlement agreement resolving the issues between them, and it appearing that the parties have complied with Fed. R. Civ. P. 41(a)(1), this case is DISMISSED WITH PREJUDICE, all parties to bear their own attorneys fees and costs. The clerk's office is DIRECTED to CLOSE this case. The Court shall retain jurisdiction to enforce the parties settlement agreement dated June 19, 2006.

SO ORDERED, this ___19___ day of June, 2006.

ANTHONY A. ALAIMO, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA